## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TINA CARSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:21-cv-4053-JAR-KGG |
| v. | ) | |
| | ) | |
| | ) | |
| BLAIR T. GISSI, *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REPORT & RECOMMENDATION OF DISMISSAL

On August 18, 2021, Plaintiff, Tina Carson, filed a federal court Complaint. She has not effectuated service of the Summons and Complaint, and has not otherwise complied with previous orders of the Court. (*See* ECF No. 6). On November 18, 2021, the undersigned Magistrate Judge entered an Order to Show Cause why the undersigned should not recommend that her claims be dismissed pursuant to Rule 4(m) and/or Rule 41(b). (ECF No. 8). Plaintiff was granted two extensions to the response deadline with the latest extension giving the Plaintiff until February 18, 2022, to respond to the Order to Show Cause. (ECF No. 12). Plaintiff failed to respond to the Court's Order to Show Cause in the time required. As such, the Court **RECOMMENDS** that the District Court dismiss Plaintiff's claims in their entirety.

**IT IS THEREFORE ORDERED** that a copy of the **recommendation** shall be sent to Plaintiff *via* certified mail. Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and D. Kan. Rule 72.1.4, Plaintiff shall have **fourteen (14) days** after service of a copy of these

1

proposed findings and **recommendations** to serve and file with the U.S. District Judge assigned to the case, her written objections to the findings of fact, conclusions of law, or **recommendations** of the undersigned **Magistrate** Judge. Plaintiff's failure to file such written, specific objections within the fourteen-day period will bar appellate review of the proposed findings of fact, conclusions of law, and the **recommended** disposition.

**IT IS SO ORDERED.**

Dated March 10, 2022, at Wichita, Kansas.

s/ KENNETH G. GALE
Kenneth G. Gale
U.S. Magistrate Judge